1
2
3
4
5
6
7
8         IN THE UNITED STATES DISTRICT COURT
9      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 MICHAEL JAMES MAYO,     )   No. C 10-02965 JW (PR)
                     )
12         Petitioner,     )   ORDER OF TRANSFER
                     )
13    vs.          )
                     )
14 GONZALAS, Warden,     )
                     )
15        Respondent.    )
                     )
16                   )
17 _____ )

18      Petitioner, a prisoner at the California Mens Colony State Prison in San Luis

19 Obispo, has filed a petition for a writ of habeas corpus, challenging the forfeiture of

20 good time credits for the possession of an inmate manufactured deadly weapon.

21 (Pet. at 2.)

22      Venue for a habeas action is proper in either the district of confinement or the

23 district of conviction, 28 U.S.C. § 2241(d).  If the petition is directed to the manner

24 in which a sentence is being executed, *e.g.*, if it involves parole or time credits

25 claims, the district of confinement is the preferable forum.  See Habeas L.R. 2254-

26 3(b)(1); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).  The petition

27 indicates that petitioner in currently confined in San Luis Obispo County which lies

28 within the venue of the Western Division of the Central District of California.  See

1    28 U.S.C. 84(c).

2           Accordingly, the above-titled action is hereby TRANSFERRED to the United

3    States District Court for the Western Division of the Central District of California.

4    See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

5           The clerk shall transfer this matter and terminate all pending motions.

6

7    DATED:    December 21, 2010

8                                                        JAMES WARE
                                                         United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JAMES MAYO,

              Petitioner,

   v.

GONZALAS, Warden,

              Respondent.

_____/

Case Number: CV10-02965 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____12/29/2010_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael James Mayo G24650
California Mens Colony State Prison
Cell: 4162
P.O. Box 8101
San Luis Obispo, CA 93409-8101

Dated: _____12/29/2010_____

              Richard W. Wieking, Clerk
           /s/ By: Elizabeth Garcia, Deputy Clerk